THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| LOCALS 302 AND 612 OF THE INTERNATIONAL UNION OF OPERATING ENGINEERS CONSTRUCTION INDUSTRY HEALTH AND SECURITY FUND, *et al.*,<br><br>Plaintiffs,<br>v.<br><br>ALASKA INDUSTRIAL LLC,<br><br>Defendant. | CASE NO. C18-0434-JCC<br><br>ORDER |

This matter comes before the Court on Plaintiffs' motion for default judgment (Dkt. No. 9). Defendant has failed to appear and defend itself and has been found to be in default. (Dkt. No. 7.) Having thoroughly considered Plaintiffs' motion and the relevant records, and pursuant to Federal Rule of Civil Procedure 55(b)(2), it is hereby ORDERED that:

Plaintiffs are awarded judgment against Defendant in the amounts hereinafter listed, which amounts are due to Plaintiffs for Defendant's inclusive employment of members of the bargaining unit represented by Local 302 with which Defendant has a valid collective bargaining agreement and which amounts are due by reason of its specific acceptance of the Declarations of Trust for the employment period January 2018 through May 2018: liquidated damages of

1 | $4,271.85, pre-judgment interest of $796.09, attorney fees of $574.50 and costs of $478.75, all

2 | for a total of $6,121.19.

3 | DATED this 13th day of August 2018.

*[signature: John C. Coughenour]*

John C. Coughenour
UNITED STATES DISTRICT JUDGE